UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Firas M. Ayoubi

          Plaintiff,

v.                     Case No.: 3:22−cv−50158
                    Honorable Iain D. Johnston

Hanesbrands Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

  MINUTE entry before the Honorable Iain D. Johnston: The Court has received and reviewed Defendant Keefe Group's response to the Court's order to show cause. On further review, the Court must order an additional response. The Court notes that another federal court has already, and persuasively, held that this case fails to meet the required amount in controversy to assert federal diversity jurisdiction. Ayoubi v. Hanesbrands Inc., 2019 WL 1556120, at *2 (S.D. Ill. April 9, 2019). The parties had not informed the Court of this prior decision. The only difference in these two cases appears to be that Ayoubi now alleges that Defendant Fila Sporting Goods was in the stream of commerce of the challenged products. Thus, by July 8, 2022, Keefe Group must explain how Ayoubi's claim exceeds $75,000 in controversy as required by 28 U.S.C. § 1332. Alternatively, Keefe Group may stipulate to summary remand. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.